Russell CARROLL

v.

WORKERS COMPENSATION APPEAL BOARD (UNIVERSITY OF PENNSYLVANIA).

Petition of University of Pennsylvania.

Supreme Court of Pennsylvania.

Dec. 21, 2000.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of December 2000, the Petition for Allowance of Appeal is granted and the matter is submitted on briefs.

The application for supersedeas is granted.